UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                          Plaintiff,

                                                                           <u>DECISION AND ORDER</u>
                                                                             06-CR-6024L

                          v.

ALGERNON TOOLE,

                        Defendant.
_____

     Defendant Algernon Toole's ("Toole") motion (Dkt. #410) for reconsideration of his sentence based on a recent United States Supreme Court decision, *Alleyne v. United States,* decided June 17, 2013, is in all respects denied. *Alleyne* does not affect the judgment and sentence of Toole and, even if it did, there is no basis to retroactively apply the *Alleyne* decision which was decided many years subsequent to Toole's conviction after trial and sentence. *See United States v. Redd,* 2013 U.S. App. LEXIS 22423, 2d Cir. November 5, 2013).

     IT IS SO ORDERED.

                                                       _____
                                                           DAVID G. LARIMER
                                                          United States District Judge

Dated: Rochester, New York
         November 7, 2013.